IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RHONDA RICHARDSON, as the surviving daughter of decedent, SHEILA RICHARDSON | |
| Plaintiff, | |
| vs. | Case No. 2:23-CV-2398 |
| WESLEY MEDICAL CENTER, LLC | |
| Defendant | |

## APPLICATION FOR APPROVAL OF WRONGFUL DEATH SETTLEMENT

COMES NOW The Plaintiff, by and through undersigned counsel, individually and as a representative of those persons entitled to file suit under K.S.A 60-1902 and for their cause of action against Wesley Medical Center, LLC ("The Defendants"), submits this Application for Approval of a Wrongful Death Settlement, and in further support states and alleges as follows:

1. Plaintiff is the surviving daughter of Sheila Richardson, who died on June 6, 2022.

2. Plaintiff alleges Decedent was a resident of Wesley Medical Center and suffered injuries as a result of alleged negligent acts of the Defendants and sustained injuries which caused or contributed to cause Decedent's untimely death.

3. Decedent was not married at the time of her death.

4. Decedent was not survived by her parents.

5. At the time of Decedents death, Decedent was survived by the following individuals:

    a. Rhonda Richardson

    b. Dorothy Richardson

    c. Kimberly Williams

6. As such, the individuals identified above are the only individuals in the class of persons entitled to bring action for damages for the alleged wrongful death of Decedent pursuant to *K.S.A 60-1902.*

7. Notice of any hearing will be provided to all relevant parties, including the ones identified above.

8. The following exhibits to the Application will be submitted for Court's in- camera review prior to the Wrongful Death Settlement Hearing:

   a. Release and Settlement Agreement ("Settlement Agreement")

   b. Settlement Statement

   c. Affidavit

9. Due to the confidential nature of this settlement, each of these exhibits is to be withdrawn by counsel of record after the Court's review and consideration of the same and shall not be included as part of the public filing of this pleading.

10. Plaintiff employed the Steel Law Firm II, LLC as attorneys to assist in the prosecution of the above cause of action; said attorneys have now fully investigated both law and fact pertinent to the above captioned cause of action.

11. Despite the fact that Defendants have heretofore and do now deny any liability of any kind or character to Plaintiff, the parties have agreed to a compromised settlement, the terms of which are set out in the **Settlement Agreement**, wherein Defendants have agrees to settle the above-captioned cause of action for the sole consideration stated therein.

12. Therefore, Plaintiff requests that this Court approve the proposed compromise and settlement for the consideration stated in the **Settlement Agreement.**

13. Based on the evidence which will be elicited at the Wrongful Death Settlement Approval Hearing, Plaintiff asks this Court to apportion the net proceeds of the settlement amount as set forth in the **Settlement Statement(s)** which will also be introduced as an Exhibit at the Wrongful Death Settlement Hearing.

14. Plaintiff further asks this Court to issue an Order requiring the disbursement of the settlement proceeds, after the deduction of the attorneys' fees, case expenses, and any liens held, as set forth in the **Settlement Statement(s)**.

15. Plaintiff requests that this Court approve the attorneys' fees and expenses payable to Steele Law Firm, LLC, as listed in the **Settlement Statement(s)** and **Expense Report**.

16. Plaintiff states to the Court that under all the circumstances, the proposed settlement is fair and reasonable. Plaintiff further states that the approval of this proposed settlement would be in the best interest of all the parties herein and Plaintiff requests that the Court approve this proposed settlement with Defendant(s).

WHEREFORE, Plaintiff, by and through counsel, moves this Court to enter its Order approving the terms and conditions of the Agreement entered in compromise and settlement of all claims against Defendant(s) for the alleged wrongful death of Decedent.

Respectfully submitted,

*/s/ Jonathan Steele*
Jonathan Steele, KS #24852
THE STEELE LAW FIRM II, LLC
2029 Wyandotte, Suite 100
Kansas City, MO 64108
Ph: (816) 754-6473
jonathan@jsteelelawfirm.com
*Attorney for Plaintiffs*